IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-013 |
| | ) | |
| TYSON DANIELS | ) | |

_____

**IN RE: LEAVE OF ABSENCE**
_____

Application for Leave of Absence has been requested in the above-captioned case by Candace R. Cunningham for the period of April 28, 2016, through and including May 2, 2016.

The Court **APPROVES** the above and foregoing request for Leave of Absence.

SO ORDERED 25th day of April, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA